**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN HUDSON, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL ACTION NO. 1:20-00582-JB-C** |
| **LOUISIANA-PACIFIC CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

On August 9, 2023, Defendant Louisiana-Pacific Corporation advised the Court that it and Plaintiffs John Hudson and Elbert Wright have reached a full and complete settlement of all remaining claims of Plaintiffs John Hudson and Elbert Wright. Accordingly, it is **ORDERED** that all claims of Plaintiffs John Hudson and Elbert Wright in the above-styled action are hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any settling party to move to reinstate such claims within **thirty days (30) days** from the date of entry of this Order should the settlement agreement not be consummated.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE and ORDERED** this 10th day of August, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE