IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HUDSON, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:20-00582-JB-C |
| LOUISIANA-PACIFIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | |
| BRIAN WILLIAMS, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:21-00063-C |
| LOUISIANA-PACIFIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The claims of Plaintiffs Brian Williams, Kelvin Lewis, and Quentine Westbrook were initially filed in civil-action *Williams, et al. v. Louisiana-PacificCorporation*, 1:21-cv-63-C. ("Williams Action"). The Williams Action was consolidated with the instant action "for all pre-trial matters, including the resolution of dispositive motions." (Doc. 57).[1] The Court has granted Defendant's Motion for Summary Judgment as to all claims of Plaintiffs Williams and Lewis, and as to some of the claims of Plaintiff Westbrook. (Doc. 93). The sole remaining claim in the Williams' Action for

---

[1] All claims of Plaintiffs Hudson, Wright, and Dandridge initially filed in the instant action have been dismissed.

1

purposes of trial is Westbrook's failure to promote claim relating to a position awarded to Will Vick. (*Id.* at PageID.2891 - 2892).

Upon due consideration of the foregoing, the CLERK is directed to re-open the Williams Action (1:21-cv-63-C). The actions of Plaintiffs Williams, Lewis and Westbrook are TRANSFERRED back to the Williams Action for all purposes, including trial and entry of final judgments.

DONE and ORDERED this 2nd day of January, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE